**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **TOMMY L. TAYLOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 09-123-GPM** |
| | ) | |
| **UNION PACIFIC RAILROAD COMPANY,** | ) | |
| **a corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

This matter came on before the Court, Judge G. Patrick Murphy presiding, on the motion for

voluntary dismissal without prejudice of plaintiff Tommy L. Taylor, which motion was not opposed

by the defendant Union Pacific Railroad Company, and the following decision was reached:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this case is dismissed

without prejudice, the parties to bear their own costs.

**DATED**: December 30, 2010

NANCY J. ROSENSTENGEL, CLERK


By:   /s/ Linda M. McGovern
                 Deputy Clerk


APPROVED: /s/ G. Patrick Murphy
                 G. PATRICK MURPHY
                 U.S. DISTRICT JUDGE